GREGORY G. PETERSEN (SBN 77744)
DEREK J. VANDEVIVER (SBN 227902)
GREGORY G. PETERSEN
A Law Corporation
1700 E. Garry Avenue, Suite 101
Santa Ana, California 92705
Telephone:   (949) 864-2000
Facsimile:   (949) 640-8983
Email: Greg@LawNet.com
       Derek@LawNet.com

Attorneys for Plaintiffs

JACKSON LEWIS P.C.
CEPIDEH ROUFOUGAR (SBN 225206)
50 California Street, 9th Floor
San Francisco, California 94111
Telephone:   (415) 394-9400
Facsimile:   (415) 394-9401
Email: cepideh.roufougar@jacksonlewis.com

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Email: austinn@jacksonlewis.com
       evan.beecher@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHELY, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.<br><br>Defendants. | CASE NO. 1:16-cv-01638-LJO-JLT<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER**<br><br>(Doc. 25) |

Counsel for the parties have met and conferred in good faith to discuss the case management issues mandated under Federal Rules of Civil Procedure 26(f). Counsel for the

1

Stipulation to Continue Scheduling Conference and [Proposed] Order

Mark Ashely, et al. v. Sheriff Donny Youngblood, et al.
Case No. 1:16-cv-01638-LJO-JLT

1  parties agree that they and the Court would benefit if the parties had additional time to meet and
2  confer. Also, counsel for Plaintiff has a pre-scheduled vacation set for February 13, 2017 through
3  February 27, 2017.

4      For those reasons, the parties agree that rescheduling the Mandatory Scheduling
5  Conference to occur no earlier than March 1, 2017 will give the parties sufficient time to explore
6  their respective positions and further meet and confer to prepare a Joint Scheduling Statement
7  required by the Court's Order Setting Mandatory Scheduling Conference and making the
8  conference more meaningful.

9      The parties request that the Court reschedule the Mandatory Scheduling Conference
10 currently scheduled for January 31, 2017 be continued to March 1, 2017 or a later date convenient
11 for the Court.

12 Dated:  January 20, 2017     GREGORY G. PETERSEN, LAW
                                CORPORATION

14                              By: */s/ Gregory G. Petersen (authorized 01.20.17)*
                                    GREGORY G. PETERSEN
                                    DEREK J. VANDEVIVER

15                              Attorneys for Plaintiff
16                              DARREN WONDERLY

17 Dated:  January 20, 2017     JACKSON LEWIS P.C.

18                              By: */s/ Nathan W. Austin*
                                    NATHAN W. AUSTIN
19                                  EVAN D. BEECHER

20                              Attorneys for Defendants
                                COUNTY OF KERN, SHERIFF DONNY
21                              YOUNGBLOOD, MICK GLEASON, ZACK
                                SCRIVNER, MIKE MAGGARD, DAVID
22                              COUCH, LETICIA PEREZ, JORDAN
                                KAUFFMAN, MARY B. BEDARD
23

24 ///
25 ///
26 ///
27 ///
28 ///

2

Stipulation to Continue Scheduling Conference and          *Mark Ashely, et al. v. Sheriff Donny Youngblood, et al.*
[~~Proposed~~] Order                                       Case No. 1:16-cv-01638-LJO-JLT

**ORDER**

The stipulation of counsel is **GRANTED**.  The scheduling conference is continued to March 1, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **January 23, 2017**           /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

3

Stipulation to Continue Scheduling Conference and                    *Mark Ashely, et al. v. Sheriff Donny Youngblood, et al.*
[Proposed] Order                                                     Case No. 1:16-cv-01638-LJO-JLT