Gregory G. Petersen (SBN 77744)
Derek J. VanDeviver  (SBN 227902)
GREGORY G. PETERSEN
A Law Corporation
1700 E. Garry Avenue, Suite 101
Santa Ana, California  92705
Telephone: (949) 864-2000
Facsimile:  (949) 640-8983
Email: Greg@LawNet.com
Email: Derek@LawNet.com

Attorneys for Plaintiffs

JACKSON LEWIS P.C.
CEPIDEH ROUFOUGAR (SBN 225206)
50 California Street, 9th Floor
San Francisco, California 94111
Telephone:  (415) 394-9400
Facsimile:   (415) 394-9401
Email: cepideh.roufougar@jacksonlewis.com

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email:  austinn@jacksonlewis.com
            evan.beecher@jacksonlewis.com

Attorneys for Defendants
COUNTY OF KERN, SHERIFF DONNY YOUNGBLOOD, MICK GLEASON, ZACK SCRIVNER, MIKE MAGGARD, DAVID COUCH, LETICIA PEREZ, JORDAN KAUFFMAN,
 MARY B. BEDARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHELY, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.<br><br>Defendants. | CASE NO.  1:16-cv-01638-LJO-JLT<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER**<br><br>(Doc. 27) |

Counsel for the parties have met and conferred in good faith to discuss the case management issues mandated under Federal Rules of Civil Procedure 26(f). Plaintiff's counsel, Gregory G. Petersen, has been hospitalized from February 4, 2017 through February 18, 2017, and is expected to continue with his recovery at home for the next two weeks. Due to Mr. Petersen's hospitalization, counsel for the parties have not been able to continue their meet and confer efforts prior to the scheduling conference. Mr. Petersen's recovery will also interfere with his ability to participate in the scheduling conference.

For these reasons, the parties agree that rescheduling the Mandatory Scheduling Conference to occur no earlier than March 15, 2017 will give the parties sufficient time to explore their respective positions and further meet and confer to prepare a Joint Scheduling Statement required by the Court's Order Setting Mandatory Scheduling Conference and making the conference more meaningful. It will also allow Mr. Petersen to fully recover prior to the scheduling conference.

The parties request that the Court reschedule the Mandatory Scheduling Conference currently scheduled for March 1, 2017 to March 15, 2017 or a later date convenient for the Court.

Dated: February 21, 2017          GREGORY G. PETERSEN,
                                  A Law Corporation

                                  By:   */s/ Gregory G. Petersen*
                                      GREGORY G. PETERSEN
                                      DEREK J. VANDEVIVER
                                      Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated:  February 21, 2017 | JACKSON LEWIS P.C. |
| 2 | | By: */s/ Nathan W. Austin (authorized 2/21/17)* |
| 3 | | NATHAN W. AUSTIN |
| | | EVAN D. BEECHER |
| 4 | | Attorneys for Defendants |
| 5 | | COUNTY OF KERN, SHERIFF DONNY YOUNGBLOOD, MICK GLEASON, ZACK SCRIVNER, MIKE MAGGARD, DAVID COUCH, LETICIA PEREZ, JORDAN KAUFFMAN, MARY B. BEDARD |

3

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, the Court **ORDERS**:

1. The Mandatory Scheduling Conference is continued to **March 15, 2017** at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **February 22, 2017**          　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4