# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHELY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF DONNY YOUNGBLOOD, et al., <br><br> Defendants. | Case No.: 1:16-cv-01638 JLT <br><br> ORDERGRANTING IN PART STIPULATION TO CONTINUE THE MOTION FOR JUDGMENT ON THE PLEADINGS <br><br> (Doc. 33) |

For various reasons, counsel request the Court continue the hearing on the motion for judgment on the pleadings. (Doc. 33) Good cause appearing, the Court **GRANTS** the stipulation and the motion is reset to June 19, 2017 at 9:30 a.m.

IT IS SO ORDERED.

Dated: __**May 2, 2017**__             __**/s/ Jennifer L. Thurston**__
                                                                           UNITED STATES MAGISTRATE JUDGE