GREGORY G. PETERSEN,
A LAW CORPORATION
Gregory G. Petersen (SBN 77744)
Robert M. Crissman (SBN 292299)
1700 East Garry Avenue, Ste. 101
Santa Ana, California 92705
greg@lawnet.com; robert@lawnet.com
Telephone: (949) 864-2200
Facsimile: (949) 640-8983

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK ASHLEY, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD AND DOES 1 through 50,<br><br>Defendants. | **Case No.: 1:16-CV-01638-JLT**<br><br>Doc. 56 |

## STIPULATION

The parties to the above-captioned action, by and through their attorneys of record, hereby enter into the below stipulation with regard to the following facts and circumstances:

WHEREAS, Plaintiff's counsel was out for two weeks having undergone two surgeries and just recently came back to work;

WHEREAS, the Scheduling Order issued by the Court identified the date for initial disclosures as September 8, 2018. Counsel have conferred and agreed that the date for Initial Disclosures in the Scheduling Order had a typographical error and should have been September 8, 2017. Plaintiff's counsel had the exchange of initial disclosures calendared for September 8, 2018, pursuant to the Scheduling Order. Defendant served his Initial Disclosures

on September 8, 2017. Plaintiff has committed to serving his initial disclosures no later than October 2, 2017.

IT IS STIPULATED THAT:

1. Plaintiff shall have until October 2, 2017 to send his initial disclosures to Defendant's counsel;

2. Pleading Amendment Deadline:  Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend no later than November 3, 2017; and

3. Notice of Potential Opt-in Plaintiffs:  The parties SHALL file a stipulated notice form, no later than October 6, 2017.  Following approval by the Court, notice SHALL be given no later than October 20, 2017.  Any individuals seeking to opt-in to the action must complete and file the consent form no later than January 3, 2018.

IT IS SO STIPULATED.

Dated:  September 25, 2017                JACKSON LEWIS P.C.


By: *s/ Nathan W. Austin*
Nathan W. Austin
Evan D. Beecher
Counsel for Defendant,
Sheriff Donny Youngblood


Dated:  September 25, 2017                GREGORY G. PETERSEN

By: *s/ Gregory G. Petersen*
Gregory G. Petersen
Robert M. Crissman
Counsel for Plaintiff, Mark Ashley

## **ORDER**

The Court, having considered the foregoing stipulation of the parties, and good cause otherwise appearing therefor, makes the following order:

IT IS ORDERED THAT:

4. **Initial Disclosure for Plaintiff:** Plaintiff shall exchange his initial disclosures to Defendant no later than **October 2, 2017**;

5. **Pleading Amendment Deadline:** Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend no later than **November 3, 2017**; and

6. **Notice of Potential Opt-in Plaintiffs:** The parties SHALL file a stipulated notice form, no later than **October 6, 2017**. Following approval by the Court, notice SHALL be given no later than **October 20, 2017**. Any individuals seeking to opt-in to the action must complete and file the consent form no later than **January 3, 2018**.

IT IS SO ORDERED.

Dated: **September 26, 2017**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE