GREGORY G. PETERSEN,
A LAW CORPORATION
GREGORY G. PETERSEN (SBN 77744)
ROBERT M. CRISSMAN (SBN 292299)
1700 East Garry Avenue, Ste. 101
Santa Ana, California 92705
Email: greg@lawnet.com
       robert@lawnet.com
Telephone: (949) 864-2200
Facsimile: (949) 640-8983

Attorneys for Plaintiff
MARK ASHELY

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Email: austinn@jacksonlewis.com
       evan.beecher@jacksonlewis.com

Attorneys for Defendant
SHERIFF DONNY YOUNGBLOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHELY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:16-CV-01638-JLT<br><br>**STIPULATION AMENDING SCHEDULING ORDER RE NOTICE AND OPT-IN DEADLINES; [PROPOSED] ORDER**<br><br>(Doc. 58) |

///

///

///

///

///

# **STIPULATION**

The parties to the above-captioned action, by and through their attorneys of record, hereby enter into the below stipulation with regard to the following facts and circumstances:

WHEREAS, Plaintiff's counsel's prior calendar conflicts, his two unavoidable surgeries in August, and adverse reactions to pain treatment medications and further hospital stays have delayed his return to work; after returning to work for one week Mr. Petersen developed pneumonia and was hospitalized for eight days ending just before Christmas and will not return to work until January 1, 2018 as a result of outpatient treatments and medications.

WHEREAS, the Scheduling Order amended by the Court identified the date for the Stipulated Notice as October 6, 2017, the Mailing of such notice as October 20, 2017 and the Deadline to Opt-in as January 3, 2018;

WHEREAS, Plaintiff's counsel's prior calendar conflicts and health have prevented the parties from complying with the Court's Scheduling Order.

IT IS STIPULATED THAT:

Notice of Potential Opt-in Plaintiffs: The parties shall file a stipulated notice form, no later than January 16, 2018. Following approval by the Court, notice shall be mailed to potential opt-in plaintiffs no later than February 6, 2018. Any individuals seeking to opt-in to the action must complete and file the consent form no later than April 22, 2018.

The parties' Mid-Discovery Status Conference shall be continued from March 26, 2018 at 8:30 a.m. to April 23, 2018 at 8:30 a.m. or to a later date the Court deems appropriate and convenient.

IT IS SO STIPULATED.

Dated: January 5, 2018	GREGORY G. PETERSEN

By: *s/ Gregory G. Petersen (as authorized on 01.05.18)*
　　GREGORY G. PETERSEN
　　ROBERT M. CRISSMAN

Attorneys for Plaintiff
MARK ASHELY

///

Dated: January 5, 2018            JACKSON LEWIS P.C.

By: *s/ Nathan W. Austin*
    NATHAN W. AUSTIN
    EVAN D. BEECHER

Attorneys for Defendant
Sheriff Donny Youngblood

## **ORDER**

The Court, having considered the foregoing stipulation of the parties, and good cause otherwise appearing therefor, makes the following order:

IT IS ORDERED THAT:

1. Notice of Potential Opt-in Plaintiffs: The parties SHALL file a stipulated notice form, no later than January 16, 2018. Following approval by the Court, notice SHALL be given no later than February 6, 2018. Any individuals seeking to opt-in to the action must complete and file the consent form no later than April 22, 2018.

2. Mid-Discovery Status Conference: The parties' Mid-Discovery Status Conference SHALL be continued from March 26, 2018 at 8:30 a.m. to April 23, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **January 8, 2018**          /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE

3

Stipulation Amending Scheduling Order Re Notice and Opt-In Deadlines; [~~Proposed~~] Order      *Mark Ashely v. Sheriff Donny Youngblood, et al.*
Case No. 1:16-CV-01638-JLT