# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHELY, individually and behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01638- JLT<br><br>ORDER GRANTING FINAL APPROVAL OF THE NOTICE OF ELIGIBILITY TO PARTICIPATE IN A COLLECTIVE ACTION AND CONSENT FORM |

Previously, the Court granted preliminary approval of the "Notice of Eligibility to Participate in a Collective Action" and proposed Consent Form, and directed Plaintiff to file a finalized document with the deadlines identified by the Court. (Doc. 66) On May 4, 2018, Plaintiff filed the final Notice and Consent Form that will be mailed to the potential opt-in plaintiffs. (Doc. 67)

The finalized document includes identifies the nature of the action, the claims presented by Plaintiff; how to opt-in to the action; the effects of joining or not joining the lawsuit, including binding effects of judgment; and the applicable deadlines. (Doc. 67 at 1-4) Thus, the notice contains sufficient information for individuals to make informed decisions regarding whether to join the action. *See Clesceri v. Beach City Investigations & Protective Servs.*, 2011 WL 320998 (C.D. Cal. Jan. 27, 2011) ("notice under the FLSA must inform potential class members of the opt-in procedures and of the binding effect, on those who opt-in, of the judgment or settlement"). Further, the parties provided a form for individuals to affirmatively indicate their consent to join as plaintiffs in writing, as required by

29 U.S.C. § 216(b). (Doc. 67 at 5)

Accordingly, the Court **ORDERS**:

1. Final approval of the "Notice of Eligibility to Participate in a Collective Action" and proposed Consent Form is **GRANTED**; and

2. The Notice and Consent Form **SHALL** be mailed to potential opt-in plaintiffs no later than **May 25, 2018**.

IT IS SO ORDERED.

Dated: __**May 8, 2018**__   __**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE