GREGORY G. PETERSEN
A LAW CORPORATION
GREGORY G. PETERSEN (SBN 77744)
1700 E. Garry Avenue, Suite 101
Santa Ana, California 92705
Telephone:    (949) 864-2000
Facsimile:    (949) 640-8983
Email: Greg@LawNet.com

Attorneys for Plaintiff
MARK ASHELY

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141
Email: austinn@jacksonlewis.com
       evan.beecher@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHELY, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.<br><br>Defendants. | CASE NO. 1:16-cv-01638-LJO-JLT<br><br>**STIPULATION AMENDING SCHEDULING ORDER; [PROPOSED] ORDER**<br><br>(Doc. 69) |

The parties to the above-captioned action, by and through their attorneys of record, hereby enter into the below stipulation with regard to the following facts and circumstances:

WHEREAS, Plaintiff's counsel has been substantially incapacitated due to unavoidable surgeries, pneumonia, and hospitalizations;

///

///

///

1

1       WHEREAS, the Court amended the Scheduling Order on January 8, 2018 and identified that the new deadline for the stipulated notice as January 16, 2018, the mailing of such notices as February 6, 2018, the deadline to opt-in as April 22, 2018, and the Mid-Discovery Status Conference as April 23, 2018;

      WHEREAS, Plaintiff's counsel's health had prevented the parties from complying with the Court's amended Scheduling Order. See Docket No 60 (Notice of Unavailability explaining Plaintiff's counsel's health concerns).

      WHEREAS, on May 8, 2018, the Court Approved the Notice of Eligibility to Participate in a Collective Action and Consent form and Ordered them to be mailed no later than May 25, 2018. See Docket No. 68;

      WHEREAS, Plaintiff's counsel's health has further declined, resulting in further hospital stays and the decision to hire or associate with other counsel to assist in the prosecution of this case;

      WHEREAS, the Parties have been unable to comply with the Court's May 8, 2018 Order Granting Final Approval of The Notice of Eligibility to Participate in a Collective Action and Consent Form for the above stated reasons;

      WHEREAS, the parties believe good cause exists to further amend the Court's Scheduling Order due to long delays in ascertaining the potential class and conducting class discovery;

      IT IS STIPULATED THAT:

      Notice of Potential Opt-in Plaintiffs: The parties shall revise the Notice and Consent Form to indicate that potential class members must opt-in no later than September 12, 2018 (not the August 8, 2018 date originally approved by the Court). The parties shall mail the Notice and Consent Form to potential class members no later than July 2, 2018. Any individuals seeking to opt-in to the action must complete and file the consent form no later than September 12, 2018.

      The parties' vacated Mid-Discovery Status Conference shall be continued from April 23, 2018 at 8:30 a.m. to December 23 at 8:30 a.m., or to a later date the Court deems appropriate and convenient.

///

      The parties' deadline to complete all discovery shall be continued from August 31, 2018 to

2

May 2, 2019, or to a later date the Court deems appropriate and convenient. The parties' deadline to disclose all expert witnesses, in writing, shall be continued from September 14, 2018 to May 16, 2019, or to a later date the Court deems appropriate and convenient. The parties' deadline to complete all discovery pertaining to experts shall be continued from October 26, 2018 to June 28, 2019, or to a later date the Court deems appropriate and convenient.

The deadline to file non-dispositive motions and have them heard shall be continued from November 9, 2018 (filing) and December 7, 2018 (hearing) to July 11, 2019 (filing) and August 9, 2019 (hearing), or to a later date the Court deems appropriate and convenient.

The deadline to file dispositive motions and class certification shall be continued from December 17, 2018 to August 9, 2019, or to a later date the Court deems appropriate and convenient. The deadline for hearing on dispositive motions and class certification shall be continued from January 28, 2019 to September 30, 2019, or to a later date the Court deems appropriate and convenient.

The Pre-Trial Conference shall be continued from March 11, 2019 at 10:00 a.m. to November 13, 2019 at 10:00 a.m., or to a later date the Court deems appropriate and convenient. Trial shall be continued from May 13, 2019 at 8:30 a.m. to January 30, 2020 at 8:30, or to a later date the Court deems appropriate and convenient.

IT IS SO STIPULATED.

Dated: June 19, 2018
GREGORY G. PETERSEN
A Law Corporation

By: *s/ Gregory G. Petersen (as authorized on 06.19.18)*
    GREGORY G. PETERSEN

Attorneys for Plaintiff
DARREN WONDERLY

Dated: June 20, 2018
JACKSON LEWIS P.C.

By: *s/ Nathan W. Austin*
    NATHAN W. AUSTIN
    EVAN D. BEECHER

Attorneys for Defendant
Sheriff Donny Youngblood

3

Stipulation Amending Schedule Order; [Proposed] Order     *Mark Ashely, et al. v. Sheriff Donny Youngblood, et al.*
Case No. 1:16-cv-01638-LJO-JLT

# **ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1. New counsel for the plaintiff **SHALL** file a notice of appearance or substitution of attorney **no later than July 9, 2018**;

2. The case schedule is amended as follows:

   a. The Parties **SHALL** revise the Notice and Consent Form to indicate that potential class members must opt-in no later than September 12, 2018;

   b. The parties **SHALL** mail the Notice and Consent Form to potential class members no later than July 2, 2018;

   c. The parties' **SHALL** complete all non-expert discovery no later than May 2, 2019;

   d. The parties' **SHALL** disclose all expert witnesses[1], in writing no later than May 16, 2019 and complete all expert discovery no later than June 28, 2019;

   e. Non-dispositive motions **SHALL** be filed no later than July 11, 2019 and heard no later than and heard no later than August 9, 2019;

   f. Dispositive motions and the motion for certification of the collective action **SHALL** be filed by August 9, 2019 and heard no later than September 16, 2019;

   g. The pretrial conference is continued to November 13, 2019 at 10:00 a.m.;

   h. The trial is continued from May 13, 2019 at 8:30 a.m. to January 13, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **June 20, 2018**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] It appears the parties have forewent rebuttal experts.

4

Stipulation Amending Schedule Order; [Proposed]        *Mark Ashely, et al. v. Sheriff Donny Youngblood, et al.*
Order                                                  Case No. 1:16-cv-01638-LJO-JLT