# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHELY, individually and behalf of those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01638- JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS FAILURE TO SECURE SUBSTITUTE/ADDITIONAL COUNSEL |

On June 20, 2018, the Court granted the stipulation of counsel to amend the case schedule. (Doc. 72) It did this because the plaintiff's attorney has been quite ill for an extended period and because counsel reported that the plaintiff would have either substitute counsel appear or would associate in another attorney. Id. at 1. The Court understood that retaining another attorney would alleviate the delays in discovery that have occurred due to counsel's illness. Thus, the Court set a deadline for new counsel to appear. That deadline has passed and no new counsel has appeared. Accordingly, the Court **ORDERS**:

1. Within 10 days, the plaintiff **SHALL** show cause in writing why sanctions should not be imposed for his failure to comply with the Court's order. Sanctions may include dismissal of this action unless there is a showing that the case will suffer no more delays due to his current attorney's illnesses.

///

1

**Failure to comply with this order may result in the Court dismissing the action.**

IT IS SO ORDERED.

    Dated: __**July 10, 2018**__                    **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE