# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHELY, individually and behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01638- JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

The Court ordered the plaintiff to show cause why sanctions should not be imposed for his failure to associate new counsel into this case to alleviate the delays that have been caused by his original attorney's extended illness. (Doc. 71) That has now occurred. (Doc. 72) Thus, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **July 13, 2018**                   **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE