1   MAHONEY LAW GROUP, APC
    KEVIN MAHONEY (SBN 235367)
2   KATHERINE J. ODENBREIT (SBN 184619)
    249 East Ocean Boulevard, Suite 814
3   Long Beach, CA 90802
    Telephone:     (562) 590-5550
4   Facsimile:     (562) 590-8400
    Email: *kmahoney@mahoney-law.net*
5          *kodenbreit@mahoney-law.net*

6   Attorneys for Plaintiff
    MARK ASHELY
7

8   JACKSON LEWIS P.C.
    NATHAN W. AUSTIN (SBN 219672)
9   EVAN D. BEECHER (SBN 280364)
    400 Capitol Mall, Suite 1600
10  Sacramento, California 95814
    Telephone:     (916) 341-0404
11  Facsimile:     (916) 341-0141
    Email: *nathan.austin@jacksonlewis.com*
12         *evan.beecher@jacksonlewis.com*

13  Attorneys for Defendant
    SHERIFF DONNY YOUNGBLOOD
14

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17  MARK ASHELY, INDIVIDUALLY AND ON        CASE NO.  1:16-cv-01638-JLT
    BEHALF OF THOSE SIMILARLY
18  SITUATED,                               **STIPULATION AMENDING
                                            SCHEDULING ORDER; [~~PROPOSED~~]
19              Plaintiff,                  ORDER**
                                            (Doc. 101)
20       vs.

21  SHERIFF  DONNY  YOUNGBLOOD  AND
    DOES 1 through 50,
22
                Defendants.
23

24  ///

25  ///

26  ///

27  ///

28  ///

                                      1

The parties to the above-captioned action, by and through their attorneys of record, hereby enter into the below stipulation with regard to the following facts and circumstances:

WHEREAS, the parties have advanced this case after Consent Forms were filed in late February 2019 by the opt-in class members, including exchanging multiple sets of written discovery, exchanging thousands of pages of documents and data, and interviewing witnesses and class members;

WHEREAS, the parties participated in an unsuccessful mediation with respected class action mediator Steven Pearl scheduled on August 20, 2020;

WHEREAS, the parties have continued exchanging information and discussing settlement following mediation;

WHEREAS, the parties have engaged experts and are about to begin expert discovery;

WHEREAS, the parties desire to delay incurring additional substantial expert costs associated with expert discovery for a two-week period so they can focus on settlement discussions;

WHEREAS, the parties believe good cause exists to further amend the Court's Scheduling Order to permit the parties time to discuss settlement without incurring additional costs that may inhibit settlement;

WHEREAS, the parties request the opportunity to address the Court on these issues should the Court not be inclined to not grant the requested extension.

IT IS STIPULATED THAT:

1.      The parties' deadline to disclose all expert rebuttal witnesses, in writing, shall be continued from February 4, 2021 to February 18, 2021, or to a later date the Court deems appropriate and convenient.  The parties' deadline to complete all discovery pertaining to experts shall be continued from March 25, 2021 to April 8, 2021, or to a later date the Court deems appropriate and convenient.

///

///

///

Stipulation Amending Scheduling Order; [Proposed] Order

*Mark Ashely, et al. vs. Sheriff Donny Youngblood, et al.*
Case No. 1:16-cv-01638-JLT

1    IT IS SO STIPULATED.

2    Dated: February 4, 2021                    MAHONEY LAW GROUP, APC

3                                               By:  */s/ Katherine J. Odenbreit* (as authorized on 02.04.21 )
                                                     KEVIN MAHONEY
4                                                    KATHERINE J. ODENBREIT

5                                               Attorneys for Plaintiff
                                                DARREN WONDERLY
6

7    Dated: February 4, 2021                    JACKSON LEWIS P.C.

8                                               By:  */s/ Nathan W. Austin*
                                                     NATHAN W. AUSTIN
9                                                    EVAN D. BEECHER

10                                              Attorneys for Defendant
                                                SHERIFF DONNY YOUNGBLOOD
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Amending Scheduling Order; [Proposed]        *Mark Ashely, et al. vs. Sheriff Donny Youngblood, et al.*
Order                                                     Case No. 1:16-cv-01638-JLT

1

## **ORDER**

2        The Court, having considered the foregoing stipulation of the parties and good cause

3   appearing, the Court **ORDERS** the case schedule amended as follows:

4        1.        The parties' deadline to disclose all expert rebuttal witnesses, in writing, shall be

5   continued from February 4, 2021 to February 18, 2021;

6        2.        The parties' deadline to complete all discovery pertaining to experts shall be

7   continued from March 25, 2021 to April 8, 2021.

8   No other case deadline is amended.

9

10  IT IS SO ORDERED.

11      Dated:   __February 4, 2021__                    _____**/s/ Jennifer L. Thurston**_____

12                                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28