MAHONEY LAW GROUP, APC
KEVIN MAHONEY (SBN 235367)
KATHERINE J. ODENBREIT (SBN 184619)
249 East Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone:   (562) 590-5550
Facsimile:   (562) 590-8400
Email: kmahoney@mahoney-law.net
       kodenbreit@mahoney-law.net

Attorneys for Plaintiff
MARK ASHLEY

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Email: austinn@jacksonlewis.com
       evan.beecher@jacksonlewis.com

Attorneys for Defendant
SHERIFF DONNY YOUNGBLOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHLEY, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD AND DOES 1 through 50,<br><br>Defendants. | CASE NO. 1:16-cv-01638-LJO-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS AND VACATE FUTURE HEARING DATES**<br><br>**(Doc. 103)** |

**[~~PROPOSED~~] ORDER**

The Court, having considered the foregoing stipulation of the parties, and good cause otherwise appearing therefor, makes the following order:

IT IS ORDERED THAT:

1. All proceedings, including but not limited to written discovery, depositions, subpoena of records, all motions and hearings, and all deadlines related to motions and hearings, including the May 10, 2021 deadline for Plaintiff's Motion to Certify Class, shall be stayed pending approval of the proposed Settlement Agreement by the Board.

2. If the proposed Settlement Agreement is not approved by the Board, then this Stipulation shall no longer be binding, and the case shall proceed per applicable Federal Rules of Civil Procedure and the local rules of the United States District Court of the Eastern District of California. In this event, the current deadlines will be vacated by Order of the court to avoid prejudice to any party.

3. No later than June 30, 2021, the Parties will advise the Court on the status of the settlement or if a settlement is not finalized, a proposed Amended Scheduling Order.

4. Nothing in this Stipulation and Order is intended to limit or waive any rights the parties may have.

IT IS SO ORDERED.

Dated: **May 20, 2021**          **/s/ Jennifer L. Thurston**
                                  CHIEF UNITED STATES MAGISTRATE JUDGE