MAHONEY LAW GROUP, APC
KEVIN MAHONEY (SBN 235367)
KATHERINE J. ODENBREIT (SBN 184619)
249 East Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone:　(562) 590-5550
Facsimile:　(562) 590-8400
Email: kmahoney@mahoney-law.net
　　　kodenbreit@mahoney-law.net

Attorneys for Plaintiff
MARK ASHLEY

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:　(916) 341-0404
Facsimile:　(916) 341-0141
Email: austinn@jacksonlewis.com
　　　evan.beecher@jacksonlewis.com

Attorneys for Defendant
SHERIFF DONNY YOUNGBLOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHLEY, individually and on behalf of those similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF DONNY YOUNGBLOOD AND DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-01638-LJO-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE STAY**<br>(Doc. 105) |

1

Joint Stipulation to Stay Proceedings and Vacate　　　　　　　　　*Mark Ashley v. Sheriff Donny Youngblood, et al.*
Future Hearing Dates; [Proposed] Order　　　　　　　　　　　　　　Case No. :16-CV-01638-JLT

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. To allow the settlement to be considered by the Kern County Board of Supervisors, the stay is extended to September 30, 2021.

2. **No later than September 20, 2021**, the parties **SHALL** file a joint status report regarding the settlement or, if the case is not settled, they **SHALL** file a proposed amended scheduling order.

All other provisions of the Court's May 20, 2021 order (Doc. 104) remain in place.

IT IS SO ORDERED.

Dated: **June 30, 2021**          _/s/ Jennifer L. Thurston_
                                  CHIEF UNITED STATES MAGISTRATE JUDGE

2

Joint Stipulation to Stay Proceedings and Vacate          *Mark Ashley v. Sheriff Donny Youngblood, et al.*
Future Hearing Dates; [Proposed] Order                    Case No. :16-CV-01638-JLT