UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHLEY, individually and on behalf of those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERIFF DONNY YOUNGBLOOD AND DOES 1 through 50,<br><br>        Defendants. | CASE NO. 1:16-cv-01638-LJO-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND THE STAY**<br>(Doc. 107) |

To allow the parties to finalize their settlement, the Court **ORDERS**:

1. The stay remains in place.

2. **No later than November 4, 2021**, the parties **SHALL** file a joint status report regarding the settlement or, if the case is not settled, they **SHALL** file a proposed amended scheduling order.

All other provisions of the Court's May 20, 2021 order (Doc. 104) remain in place.

IT IS SO ORDERED.

　　Dated: __September 20, 2021__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE