MAHONEY LAW GROUP, APC
KEVIN MAHONEY (SBN 235367)
KATHERINE J. ODENBREIT (SBN 184619)
249 East Ocean Boulevard, Suite 814
Long Beach, CA  90802
Telephone:  (562) 590-5550
Facsimile:   (562) 590-8400
Email:   kmahoney@mahoney-law.net
         kodenbreit@mahoney-law.net

Attorneys for Plaintiff
DARREN WONDERLY

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email:   austinn@jacksonlewis.com
         evan.beecher@jacksonlewis.com

Attorneys for Defendant
SHERIFF DONNY YOUNGBLOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ASHLEY, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD AND DOES 1 through 50,<br><br>Defendants. | CASE NO.  1:16-cv-01638-JLT<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR APPROVAL OF FLSA SETTLEMENT; [~~PROPOSED~~] ORDER**<br>(Doc. 111) |

The parties to the above-captioned action, by and through their attorneys of record, hereby enter into the below stipulation with regard to the following facts and circumstances:

WHEREAS, Plaintiff MARK ASHLEY ("Plaintiff") filed a complaint against Defendant SHERIFF DONNY YOUNGBLOOD ("Defendant") on or about October 26, 2016.

WHEREAS, Plaintiff and Defendant SHERIFF DONNY YOUNGBLOOD ("Defendant") are finalizing a Settlement Agreement to be presented to the Court for approval.

1

WHEREAS, the Parties have further agreed to consolidate this matter with the related action (ECF Dkt. No. 23), *Darren Wonderly v. Donny Youngblood, et al.,* USDC Case No. 16-cv-01621-JLT for settlement purposes only and in order to present a single motion for approval of settlement to the Court for approval. The consolidated case will be that matter, USDC Case No. 1:16-cv-01621-JLT.

WHEREAS, on November 5, 2021, pursuant to a Stipulation by and between the Parties, the Court ordered the Motion for Settlement Approval to be filed by December 10, 2021.

WHEREAS, the Parties require additional time to finalize the Motion for Approval of Settlement in order to update the distribution calculations and finalize review by all Parties.

THEREFORE, the Parties agree and request the Court extend the deadline to file the Motion for Approval of the Settlement to December 21, 2021.

IT IS STIPULATED THAT

1. The deadline to file the Motion for Approval of the Settlement be extended to December 21, 2021.

2. Nothing in this Stipulation and Order is intended to limit or waive any rights the parties may have.

IT IS SO STIPULATED.

Dated: December 9, 2021    MAHONEY LAW GROUP, APC

By: */s/ Katherine J. Odenbreit [authorized on 12.09.21]*
       KATHERINE J. ODENBREIT
Attorneys for Plaintiff
MARK ASHLEY

Dated: December 9, 2021    JACKSON LEWIS P.C.

By: */s/ Nathan W. Austin*
       NATHAN W. AUSTIN
       EVAN D. BEECHER
Attorneys for Defendant
SHERIFF DONNY YOUNGBLOOD

2

Joint Stipulation to Extend Deadline to File Motion          *Mark Ashley v. Sheriff Donny Youngblood, et al.*
for Approval of FLSA Settlement; [Proposed] Order            Case No. 1:16-cv-01638-JLT

**[PROPOSED] ORDER**[1]

The Court, having considered the foregoing stipulation of the parties, and good cause otherwise appearing therefor, makes the following order:

IT IS ORDERED THAT:

1. This matter is consolidated for purposes of settlement only with the related matter *Darren Wonderly v. Donny Youngblood, et al.,* USDC Case No. 1:16-cv-01621-JLT. The consolidated case will be that matter, USDC Case No. 1:16-cv-01621-JLT.

2. The Parties are to submit their motion for approval of the settlement and Joint Stipulation of Settlement no later than December 21, 2021.

IT IS SO ORDERED.

Dated:  **December 13, 2021**          **/s/ Jennifer L. Thurston**
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Though the parties agree this case should be consolidated with the Wonderly matter (Case No.: 1:16-cv-01621 JLT) for purposes of settlement, they provide no explanation of the legal basis to consolidate the cases. Indeed, the factual bases for the claims raised in the cases are different, the claims are different, and the putative members of the collective actions are different.
    Notably, the proposed order does not include any language about the request to consolidate the matters. Presumably, if the parties have a legal basis for consolidation, they will present this in a future filing.

3

Joint Stipulation to Extend Deadline to File Motion         *Mark Ashley v. Sheriff Donny Youngblood, et al.*
for Approval of FLSA Settlement; [Proposed] Order           Case No. 1:16-cv-01638-JLT